THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2),
SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Thomas Keith Graham, Appellant.
 
 
 

Appeal From Oconee County
Alexander S. Macaulay, Circuit Court Judge

Unpublished Opinion No. 2011-UP-276
Submitted May 1, 2011  Filed June 8, 2011   

APPEAL DISMISSED

 
 
 
 Appellate Defender LaNelle C. DuRant, of Columbia; AND Thomas Keith Graham, pro se, for Appellant.
 Attorney General Alan Wilson, Chief Deputy John McInosh, Assistant Attorney General Salley W. Elliott, all of Columbia; and Solicitor Christina Theos
 Adams, of Anderson, for Respondent.
 
 
 

PER CURIAM: Thomas Keith Graham appeals his conviction for criminal domestic violence of a high and aggravated nature, arguing the trial court erred
in denying his motion for a directed verdict.  Graham also submitted a pro se brief.   After a thorough review of the record, counsel's brief,
and Graham's pro se brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we
dismiss[1]  the appeal and grant counsel's motion to be relieved.
APPEAL DISMISSED.
FEW, C.J., HUFF and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.